# Exhibit B

| | |
|---|---|
| **From:** | Fischer, Brian J. |
| **Sent:** | Tuesday, April 01, 2014 3:46 PM |
| **To:** | 'Liebesman, Sidney S.'; Palella, Charles; Pachman, Steven; Brown, David M. |
| **Cc:** | Bart, Andrew H.; Orpett, Natalie K.; Rachel Herrick Kassabian; Michael Carlinsky; Benjamin Gildin |
| **Subject:** | Schroeder |
| **Attachments:** | 2014 04 01 Letter to Sidney Liebesman.pdf |

Counsel – Please see the attached.

---

**Brian J. Fischer**

**Jenner & Block LLP**
919 Third Avenue, New York, NY 10022-3908  |  jenner.com
(212) 891-1629 | TEL
(212) 909-0815 | FAX
BFischer@jenner.com
Download V-Card  |  View Biography



CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908

JENNER&BLOCK LLP

April 1, 2014

Andrew H. Bart
Tel  212 891-1645
Fax 212 909-0805
abart@jenner.com

**VIA EMAIL AND OVERNIGHT DELIVERY**

Sidney S. Liebesman, Esq.
Montgomery McCracken
123 South Broad St.
Philadelphia, PA 19109

Re:   *Theodore F. Schroeder, et al. v. Pinterest, Inc., Brian S. Cohen, and New York Angels, Inc. - Index No. 652183/2013*

Dear Mr. Liebesman:

In your March 28, 2014 email, you accuse me and my partner, Brian Fischer, of committing "a clear violation of Rule 4.2 of the New York Rules of Professional Conduct" through our conversations with non-party William Bocra. We strongly disagree that we have acted in any way contrary to the Rule. Rule 4.2 applies to communications "with a party the lawyer knows to be represented by another lawyer in the matter." To this date, we have no information that you represent Mr. Bocra. Certainly there is no statement in your email that you represent Mr. Bocra, let alone that you represented Mr. Bocra at the time of our conversations with him (which occurred in early 2013 and earlier this year). Indeed, based on your own complaint, Mr. Bocra has been disassociated from the company plaintiffs since at least mid-2008.

Of course, as we investigate your clients' claims and defend against them, we will continue to uphold our ethical obligations. To that end, please advise whether you represent Mr. Bocra, and if so, when that representation began. To be clear, we are not asking you whether you purport to represent the company plaintiffs. Finally, so that there is no risk of confusion going forward, we ask that you provide the same information with respect to non-party Brandon Stroy.

Sincerely,

*Andrew H. Bart*

Andrew H. Bart

AHB:cje
cc:   Michael Carlinsky, Esq. (counsel for Pinterest)
      Rachel Kassabian, Esq. (counsel for Pinterest)

CHICAGO   LOS ANGELES   NEW YORK   WASHINGTON, DC

WWW.JENNER.COM