UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN S. COHEN,<br>　　　　　　Plaintiff,<br><br>v.<br><br>THEODORE F. SCHROEDER,<br>　　　　　　Defendant. | No. 15-cv-6881 (RJS) |

## ORDER

　　　　AND NOW this _____ day of _____, 2016, upon consideration of Defendant's Motion for Summary Judgment, and any Plaintiff's responses thereto, it is hereby **ORDERED** that the motion is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

4130814v1